**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robinanne A. Altieri, | : | |
| Debtor. | : | Bankruptcy No. 16-18014-MDC |

# O R D E R

      **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order dated May 18, 2017,[1] is hereby **VACATED**.

Dated: July 18, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Stephen V. Bottiglieri, Esquire
66 Euclid Street, Suite C
Woodbury, NJ 08096

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 27.