United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robinanne A Altieri  
    Debtor  

Case No. 16-18014-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Jul 20, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db            +Robinanne A Altieri,    111 State Road,    Apt B,    Media, PA 19063-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:  
         ALEXANDRA T. GARCIA    on behalf of Creditor    Santander Bank, N.A. ecfmail@mwc-law.com  
         ANN E. SWARTZ    on behalf of Creditor    SANTANDER BANK, N.A. ecfmail@mwc-law.com,  
          ecfmail@mwc-law.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    Santander Bank, N.A. ecfmail@mwc-law.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
          bkgroup@kmllawgroup.com  
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Robinanne A Altieri steve@bottiglierilaw.com,  
          ecfnotice@comcast.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                   TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robinanne A. Altieri aka Robinanne Morella<br>           Debtor<br>     and<br>Robert Altieri<br>           Codebtor<br><br>SANTANDER BANK, N.A., or its Successor or Assignee<br>           Movant<br>     vs.<br><br>William C. Miller, Trustee<br>Robinanne A Altieri aka Robinanne Morella<br>Robert Altieri<br>           Respondents | Chapter 13<br>Bankruptcy No. 16-18014-MDC |

## ORDER GRANTING SETTLEMENT STIPULATION

    It is hereby ORDERED that the Stipulation to Settle Motion of SANTANDER BANK, N.A. for Relief from the Automatic Stay is hereby APPROVED.

July 20, 2017

_____
United States Bankruptcy Judge