United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-18014-mdc
Robinanne A Altieri                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 2             Date Rcvd: Sep 29, 2017
                              Form ID: pdf900            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
```
db             #+Robinanne A Altieri,    12 Holbrook Road,    Havertown, PA 19083-5726
cr              +SANTANDER BANK, N.A.,    Santander Bank, N.A.,    601 Penn Street,    Reading, PA 19601-3544
13824224        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13824225        +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
13824236       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE 19713)
13866639         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13824227        +Ditech Financial,    3000 Bayport Dr, Suite 880,    Tampa, FL 33607-8409
13824228        +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13824229        +Equifax,   PO Box 740256,    Atlanta, GA 30374-0256
13824230        +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
13824233        +Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
13824234        +KML Law Group,    701 Market Street,    Suite 5000-BNY Independence Center,
                  Philadelphia, PA 19106-1538
13824237        +Michael FX Gillin & Associates, PC,    230 N. Monroe Street,    Media, PA 19063-2908
13824239        +Montgomerywd,    1112 7th Ave,    Monroe, WI 53566-1364
13834887        +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13824243        +Robinanne A Altieri,    111 State Road,    Apt B,    Media, PA 19063-1570
13894775        +Santander Bank, N.A.,    601 Penn Street, 10-6438-FB7,    Reading, PA 19601-3544
13824247         Transunion,    PO Box 2000,    Chester, PA 19022-2000
13852182         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13824248        +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
13824249        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13886191        +Wells Fargo Bank,    PO Box 5058 Mac P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Sep 30 2017 01:32:39      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2017 01:32:31      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13824226        +Fax: 602-659-2196 Sep 30 2017 03:17:42      CheckSystems,    Attn: Customer Relations,
                  7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
13824231         E-mail/Text: cio.bncmail@irs.gov Sep 30 2017 01:31:50      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13824232         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 30 2017 01:32:26      Jeffcapsys,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
13870634         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 30 2017 01:32:26      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13824235        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 30 2017 01:31:48      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13824238        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2017 01:32:20      Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13870022        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2017 01:32:20      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
13824240        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 30 2017 01:32:20
                  Office of the United States Trustee,    833 Chestnut Street,    Suite 500,
                  Philadelphia, PA 19107-4405
13883468         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:46:11
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13853819         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2017 01:32:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
13824241        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2017 01:32:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                  Harrisburg, PA 17128-0001
13824242        ++E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:45:48
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13849578         E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2017 01:31:56
                  Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
13824244        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:39:06      Syncb/jcp,    Po Box 965007,
                  Orlando, FL 32896-5007
13824245        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:39:05      Syncb/tjx Cos,    Po Box 965005,
                  Orlando, FL 32896-5005
13891424        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:39:06      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13824246        +E-mail/Text: crwkflw@firstdata.com Sep 30 2017 01:32:56      TeleCheck Services, Inc.,
                  5251 Westheimer,    Houston, TX 77056-5416
13829063        +E-mail/Text: Bankruptcy@wsfsbank.com Sep 30 2017 01:33:06      WSFS Bank,    500 Delaware Avenue,
                  10th Floor,    Wilmington DE 19801-1490
13824250        +E-mail/Text: Bankruptcy@wsfsbank.com Sep 30 2017 01:33:07      Wsfs Chek,    30 Blue Hen Dr,
                  Newark, DE 19713-3460
                                                                                              TOTAL: 21
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 29, 2017
                              Form ID: pdf900             Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Santander Bank, N.A. ecfmail@mwc-law.com
              ANN E. SWARTZ     on behalf of Creditor    SANTANDER BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Santander Bank, N.A. ecfmail@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Robinanne A Altieri steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBINANNE A ALTIERI　　　　　　　　　　　Chapter 13

　　　　　　　　　　Debtor　　　　　Bankruptcy No. 16-18014-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __28th__ day of __September__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
STEPHEN VINCENT BOTTIGLIERI
MICHAEL F.X. GILLIN & ASSO
230 N MONROE ST
MEDIA, PA 19063-

Debtor:
ROBINANNE A ALTIERI

111 STATE RD APT B

MEDIA, PA 19063